UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------- X
In re:                                            :
                                                  :
PAUL ARDAJI, SR.                                  :    CHAPTER 11
                                                  :
        Debtor                                    :    Case No. 06-50464
-------------------------------------------------X

## LIMITED OBJECTION TO MOTION TO DISMISS

Lena Ardaji, by her undersigned, attorneys, files this limited objection to the Debtor's Motion To Dismiss Case, and as grounds therefor, represents:

1. On October 12, 2007, this Court granted the debtor's motion to approve settlement (Doc. Id. 185).

2. Lena Ardaji had objected to the settlement at the time of the hearing because she was concerned that the settlement was not feasible and, therefore, the principal benefits of the settlement were illusory.

3. The Debtor's lender testified as to the terms of the loan necessary for the settlement at said hearing, and the Debtor represented that he would be seeking approval of the borrowing on the terms testified to. The Debtor has not yet prosecuted the contemplated borrowing motion, however.

1

4. The jurisdiction of this court may be required to compel the loan represented at the hearing.

Dated this 9th day of November, 2007 at Bridgeport, Connecticut.

LENA ARDAJI

BY: _____
James Berman (ct06027)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
Tel. 203-368-4234
Fax 203-367-9678
Email: jberman@zeislaw.com
Her Attorneys

2